## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In the Matter of:                                             Case #No.: 13-43117

**Wally M Sabet**
**Debtor**

### Notice of Amended Matrix

Comes now the Debtor and file this Notice of Amended matrix and states as follows:

1. The matrix needed to be amended to name additional creditors.
2. Attached matrix of added creditors.

Date: 12-11-13                              /s/ Wally M. Sabet
                                            Debtor

Date: 12-11-13                              /s/ Kenneth P Doherty
                                            Attorney for Debtor

Robert Maria
c/o Wendy O'Linsky, Esq.
380 Merrimack St., Ste 2E
Methuen, MA 01844

Jeannine Gauthier
33 Dexter Avenue
Dracut, MA 01826

Iris M Perez
553 White St
Springfield, MA 01108

Greater Boston Autoware
18 Pleasant St.
Georgetown, MA 01833