IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In the Matter of:                                              Case #No.: 13-43117

Wally M Sabet
Aka Walid M Sabet,, aka Waled m Sabet,
Dba Wally's Auto World
Debtor

## Notice of Amended Matrix

Comes now the Debtor and file this Notice of Amended matrix and states as follows:

1. The matrix needed to be amended for additional creditors.
2. Attached matrix of added creditors.

Date: 12-26-2013                          /s/ Wally M Sabet
                                          Debtor

Date: 12-26-2013                          /s/ Kenneth P Doherty
                                          Attorney for Debtors