Bank of America
PO Box 982235
El Paso, TX 79998-2235

WorldPay
600 Morgan Falls Rd #260
Atlanta, GA 30350

CBCS
PO Box 163006
Columbus, OH 43216-3006

Nature Springs Water Co.
55 Franklin St
Needham, MA 02494

National Grid
PO Box 960
Northborough, MA 01532

Lawrence General Hospital
118 Lukens Dr
River Edge Park
New Castle, DE 19720-2727

National Credit Center Inc.
PO Box 740285
Los Angeles, CA 90074-0285

Dominion
325 John Knox Rd. Bldg. L-200
Tallahassee, FL 32303