B6A (Official Form 6A) (12/07)

.

In re  **Wally M Sabet**                                                                    ,      Case No.    __13-43117__
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 297 Andover Street, North Andover MA 01845** | | - | 375,000.00 | 452,870.00 |

|  |  |
|---|---|
| Sub-Total > | 375,000.00 | (Total of this page) |
| Total > | 375,000.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Wally M Sabet**                                                    ,    Case No. ___13-43117___
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Location: 297 Andover Street, North Andover MA 01845** | - | 4,744.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - Checking acct** | - | 100.00 |
| | | **TD Bank Checking** | - | 200.00 |
| | | **Citizens Bank Business Checking 1315156765** | - | 0.00 |
| | | **Citizens Bank Business Checking** | - | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 297 Andover Street, North Andover MA 01845** | - | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Location: 297 Andover Street, North Andover MA 01845** | - | 500.00 |
| 7.  Furs and jewelry. | | **Location: 297 Andover Street, North Andover MA 01845** | - | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **9,594.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Wally M Sabet** ,                                    Case No. __13-43117__
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sabet Family Inc 200 shares (100%)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **single family home 225 Arlington St Chelsea, MA 02150** | - | 32,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       **32,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wally M Sabet**                                                          ,    Case No. ___**13-43117**___
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Location: 297 Andover Street, North Andover MA 01845** **Cadillac Escalade 2005** | - | 13,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >            **13,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wally M Sabet**                                                                    ,    Case No.    **13-43117**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 54,594.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Wally M Sabet**                                      ,   Case No.   **13-43117**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand**<br>**Location: 297 Andover Street, North Andover**<br>**MA 01845** | 11 U.S.C. § 522(d)(5) | **4,744.00** | **4,744.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Bank of America - Checking acct** | 11 U.S.C. § 522(d)(5) | **100.00** | **100.00** |
| **TD Bank Checking** | 11 U.S.C. § 522(d)(5) | **200.00** | **200.00** |
| **Household Goods and Furnishings**<br>**Location: 297 Andover Street, North Andover**<br>**MA 01845** | 11 U.S.C. § 522(d)(3) | **2,500.00** | **2,500.00** |
| **Wearing Apparel**<br>**Location: 297 Andover Street, North Andover**<br>**MA 01845** | 11 U.S.C. § 522(d)(3) | **500.00** | **500.00** |
| **Furs and Jewelry**<br>**Location: 297 Andover Street, North Andover**<br>**MA 01845** | 11 U.S.C. § 522(d)(4) | **1,500.00** | **1,500.00** |
| **Equitable or Future Interests, Life Estates, etc.**<br>**single family home**<br>**225 Arlington St**<br>**Chelsea, MA 02150** | 11 U.S.C. § 522(d)(5) | **100.00** | **160,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**Location: 297 Andover Street, North Andover**<br>**MA 01845**<br>**Cadillac Escalade 2005** | 11 U.S.C. § 522(d)(2) | **1,728.00** | **13,000.00** |

|  | Total: | **11,372.00** | **182,544.00** |
|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Wally M Sabet**                            ,     Case No.   **13-43117**

                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3710** <br><br> **Citimortgage Inc** <br> **Po Box 9438,dept 0251** <br> **Gaithersburg, MD 20898** | | - | Opened  5/01/06  Last Active 10/31/13 <br><br> **First Mortgage** <br><br> **Location: 297 Andover Street, North Andover MA 01845** | | | | | |
| | | | Value $              375,000.00 | | | | 397,776.00 | 22,776.00 |
| Account No. **xxxxx8906** <br><br> **Citimortgage Inc** <br> **Po Box 9438,dept 0251** <br> **Gaithersburg, MD 20898** | | - | Opened  5/01/06  Last Active 5/10/13 <br><br> **Second Mortgage** <br><br> **Location: 297 Andover Street, North Andover MA 01845** | | | | | |
| | | | Value $              375,000.00 | | | | 55,094.00 | 55,094.00 |
| Account No. <br><br> **Commonwealth of Massachusetts** | | - | single family home <br> 225 Arlington St <br> Chelsea, MA 02150 | | | | | |
| | | | Value $              160,000.00 | | | | 200,000.00 | 40,000.00 |
| Account No. **xxx4381** <br><br> **Metropolitan Credit Un** <br> **200 Revere Beach Pkwy** <br> **Chelsea, MA 02150** | | - | Opened  7/01/06  Last Active 10/24/13 <br><br> single family home <br> 225 Arlington St <br> Chelsea, MA 02150 | | | | | |
| | | | Value $              160,000.00 | | | | 17,775.00 | 17,775.00 |
|   **2**   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 670,645.00 | 135,645.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wally M Sabet**                                                                    ,      Case No. __**13-43117**_____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4380**<br><br>**Metropolitan Credit Un**<br>**200 Revere Beach Pkwy**<br>**Chelsea, MA 02150** | | | Opened 7/01/06  Last Active  9/23/13<br><br>**single family home**<br>**225 Arlington St**<br>**Chelsea, MA 02150** | | | | | |
| | | | Value $                160,000.00 | | | | 7,289.00 | 7,289.00 |
| Account No.<br><br>**NextGear Capital, Inc.**<br>**1320 City Center Drive, Ste 100**<br>**Carmel, IN 46032** | | - | **Non-Purchase Money Security**<br><br>**TD Bank Checking** | | | | | |
| | | | Value $                200.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**NextGear Capital, Inc.**<br>**1320 City Center Drive, Ste 100**<br>**Carmel, IN 46032** | | - | **Non-Purchase Money Security**<br><br>**Bank of America - Business Checking** | | | | | |
| | | | Value $                50.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**NextGear Capital, Inc.**<br>**1320 City Center Drive, Ste 100**<br>**Carmel, IN 46032** | | - | **Non-Purchase Money Security**<br><br>**Citizens Bank Business Checking**<br>**1315156765** | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**NextGear Capital, Inc.**<br>**1320 City Center Drive, Ste 100**<br>**Carmel, IN 46032** | | - | **Citizens Bank Business Checking** | | | | | |
| | | | Value $                50.00 | | | | 0.00 | 0.00 |
| Sheet _**1**___ of _**2**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 7,289.00 | 7,289.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wally M Sabet**                                                ,    Case No.    **13-43117**

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Citizens Bank Business Checking | | | | | |
| NextGear Capital, Inc. 1320 City Center Drive, Ste 100 Carmel, IN 46032 | | - | | | | | | |
| | | | Value $                50.00 | | | | 0.00 | 0.00 |
| Account No. | | | Credit purchases | | | | | |
| Shamrock Finance LLC c/o Kimberlee Nauges 141 Wood Rd, Ste 200 Braintree, MA 02184 | | - | | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxxxx3477 | | | Opened  7/01/11  Last Active 11/18/13 | | | | | |
| Wells Fargo Financial Nat'l Bk/Bobs Disc Po Box 10438 Des Moines, IA 50306 | | - | Purchase Money Security furniture | | | | | |
| | | | Value $            1,000.00 | | | | 2,554.00 | 1,554.00 |
| Account No. xxxxxxx5508 | | | Opened 10/01/13  Last Active 11/01/13 | | | | | |
| Workers Credit Union 815 Main St Fitchburg, MA 01420 | | - | Location: 297 Andover Street, North Andover MA 01845 Cadillac Escalade 2005 | | | | | |
| | | | Value $          13,000.00 | | | | 11,272.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 13,826.00 | 1,554.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 691,760.00 | 144,488.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **Wally M Sabet**                                                                    Case No.   **13-43117**
                                                     ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                  __1__   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Wally M Sabet**                                                              ,  Case No.  **13-43117**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3487** | | | **01-01-2013** | | | | | |
| **Town of Tewksbury Treasurer-Collector 11 Town Hall Avenue Tewksbury, MA 01876-4733** | - | | **excise tax** | | | | | 0.00 |
| | | | | | | | 300.00 | 300.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 300.00        300.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 300.00        300.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Wally M Sabet**                                              ,   Case No.   __13-43117__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **x0652**<br><br>**Acme Waste Systems, Inc.**<br>**PO Box 479**<br>**Wilmington, MA 01887** | - | | | | **2013**<br>**Credit purchases** | | | | 87.00 |
| Account No. **xxxxx5764**<br><br>**Advanced Auto Parts Professional**<br>**1777 Main St**<br>**Tewksbury, MA 01876-2002** | - | | | | **2012**<br>**credit** | | | | 2,268.00 |
| Account No. **xxxxxxxxxxx7602**<br><br>**AIG Federal Savings Bank**<br>**Aig Federal Savings Bank**<br>**Po Box 8733**<br>**Wilmington, DE 19899** | - | | | | **Opened  8/16/08 Last Active  7/01/11**<br>**Charge Account** | | | | 522.00 |
| Account No. **xx-x1000**<br><br>**American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | - | | | | **2012**<br>**Credit purchases** | | | | 7,350.88 |

__11__  continuation sheets attached

| | Subtotal<br>(Total of this page) | 10,227.88 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    S/N:33534-131106    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wally M Sabet** ,                                    Case No. **13-43117**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7045** | | | **2013** **Credit purchases** | | | | |
| **Autotrader** **3003 Summit Blvd. A-200** **Atlanta, GA 30319** | | - | | | | | |
| | | | | | | | **2,000.00** |
| Account No. **xxxxxxxxxxxx2170** | | | **Opened  7/01/03  Last Active 10/07/13** **Credit Card** | | | | |
| **Bank Of America** **Po Box 982235** **El Paso, TX 79998** | | - | | | | | |
| | | | | | | | **776.00** |
| Account No. **xxxxxxx2170** | | | **August 2013** **Credit purchases** | | | | |
| **Bank of America** **PO Box 982235** **El Paso, TX 79998-2235** | | - | | | | | |
| | | | | | | | **479.22** |
| Account No. **xxxxxxxx-0000** | | | **2013** **health insurance** | | | | |
| **Blue Cross Blue Shield** **401 Park Drive** **Boston, MA 02215-3326** | | - | | | | | |
| | | | | | | | **1,168.58** |
| Account No. **xxxxxxxxxxxx3650** | | | **Opened  9/01/06  Last Active 11/21/13** **Charge Account** | | | | |
| **Cap1/bstby** **PO Box 183195** **Columbus, OH 43218-3195** | | - | | | | | |
| | | | | | | | **2,241.00** |

Sheet no. __1__ of __11__ sheets attached to Schedule of                Subtotal         | **6,664.80** |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wally M Sabet**                                                              ,    Case No.    __13-43117_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **3557**<br><br>**CarGurus LLC**<br>**One Bow St, 4th Fl**<br>**Cambridge, MA 02138** | - | | | | 11-1-13<br>Credit purchases | | | | 636.97 |
| Account No.  **xx6782**<br><br>**Carsforsale.com, Inc.**<br>**PO Box 91537**<br>**Sioux Falls, SD 57109** | - | | | | 2013<br>Credit purchases | | | | 198.00 |
| Account No.  **xxxxxxxxxxxx3978**<br><br>**Citibank Usa**<br>**Citicorp Credit**<br>**Services/Attn:Centralize**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | | | Opened  5/18/07  Last Active  8/21/11<br>Charge Account | | | | 0.00 |
| Account No.  **xxxxxxx2968**<br><br>**Citizens Bank**<br>**PO Box 18204**<br>**Bridgeport, CT 06601-3204** | - | | | | 2012<br>Credit purchases | | | | 3,845.23 |
| Account No.  **xxxxxxxxxxx8798**<br><br>**Citizens Bank**<br>**PO Box 18204**<br>**Bridgeport, CT 06601-3204** | - | | | | 2012<br>Credit purchases | | | | 1,000.00 |

Sheet no. __2___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,680.20

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wally M Sabet**
_____,
Debtor

Case No.  **13-43117**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx4877** <br><br> **Citizens Bank** <br> **PO Box 18204** <br> **Bridgeport, CT 06601-3204** | - | | **2012** <br> **Credit purchases** | | | | **1,100.00** |
| Account No. **xxx9467** <br><br> **Citizens Bank** <br> **PO Box 18204** <br> **Bridgeport, CT 06601-3204** | - | | **2012** <br> **Credit purchases** | | | | **1,000.00** |
| Account No. **xxxxx2976** <br><br> **Citizens Bank** <br> **PO Box 18204** <br> **Bridgeport, CT 06601-3204** | - | | **2012** <br> **Credit purchases** | | | | **1,000.00** |
| Account No. **xxxxxx6765** <br><br> **Citizens Bank** <br> **PO Box 42115** <br> **Providence, RI 02940-2115** | - | | **2012** <br> **overdraft protection and fees** | | | | **1,250.00** |
| Account No. **xxx xxxxxS-7 13** <br><br> **Commerce Insurance** <br> **11 Gore Rd** <br> **Webster, MA 01570** | - | | **June 2013** <br> **insurance** | | | | **4,354.00** |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,704.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wally M Sabet**                                    ,    Case No.    **13-43117**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2013 Credit purchases | | | | |
| **Dealer Car Search** 221 S Hurstbourne Pky, Ste 101 Louisville, KY 40222 | | | | | | | | 400.00 |
| Account No. **xxxxx0836** | | - | | 2012 Credit purchases | | | | |
| **Deetto Card Services** PO Box 3997 Saint Joseph, MO 64503-1600 | | | | | | | | 3,006.99 |
| Account No. | | - | | rent | | | | |
| **DER Realty** c/o Ray Nickerson 2195 Main Street Tewksbury, MA 01876 | | | | | | | | 9,750.00 |
| Account No. **xxA883** | | - | | April 2013 credit | | | | |
| **Dominion** 325 John Knox Rd, Ste L-200 Tallahassee, FL 32303 | | | | | | | | 1,552.00 |
| Account No. **xxxxxxxxx5320** | | - | | Opened 8/01/10 Last Active 10/16/13 Charge Account | | | | |
| **Dsnb Macys** 9111 Duke Blvd Mason, OH 45040 | | | | | | | | 1,201.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **15,909.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wally M Sabet**                                              ,        Case No. _____**13-43117**_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3122**<br><br>**Elan Financial Service**<br>**777 E Wisconsin Ave**<br>**Milwaukee, WI 53202** | - | | **Opened 5/01/12 Last Active 10/22/13**<br>**Credit Card** | | | | 952.00 |
| Account No. **xxxxxxxxxxx0869**<br><br>**GECRB/ HH Gregg**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | **Opened 2/26/07 Last Active 5/28/07**<br>**Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx7124**<br><br>**Gecrb/Care Credit**<br>**Attn: bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | **Opened 8/01/09 Last Active 11/01/13**<br>**Charge Account** | | | | 2,864.00 |
| Account No. **xxxxxxxxxxx3013**<br><br>**Gecrb/sleepys**<br>**Po Box 981439**<br>**El Paso, TX 79998** | - | | **Opened 8/01/08 Last Active 10/29/13**<br>**Charge Account** | | | | 1,103.00 |
| Account No. **xxA883**<br><br>**GetAuto**<br>**325 John Knox Rd, Bldg. L-200**<br>**Tallahassee, FL 32303** | - | | **2012**<br>**Credit purchases** | | | | 2,300.00 |

Sheet no. __**5**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,219.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wally M Sabet**                                                            ,        Case No.    **13-43117**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Iris M Perez** <br> **553 White St** <br> **Springfield, MA 01108** | - | | **2013** <br> **business debt** | | | X | **Unknown** |
| Account No. <br><br> **Jeannine Gauthier** <br> **33 Dexter Ave** <br> **Dracut, MA 01826** | - | | **2013** <br> **business debt** | | | X | **Unknown** |
| Account No. **xxxxxxx1224** <br><br> **JP Morgan Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5123** | - | | **2012** <br> **Credit purchases** | | | | **1,862.54** |
| Account No. **xx1816** <br><br> **L&M Radiology, Inc** <br> **Brian Murphy MD c/o Merrimack Imaging** <br> **500 Merrimack Street** <br> **Lawrence, MA 01843** | - | | **09-05-2009** <br> **medical** | | | | **1,809.75** |
| Account No. <br><br> **Lawrence General Hospital** <br> **One General Street** <br> **Lawrence, MA 01842** | - | | **2012** <br> **medical** | | | | **506.49** |

Sheet no. __6__ of __11__ sheets attached to Schedule of                                 Subtotal                | **4,178.78** |
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wally M Sabet** _____,    Case No. __**13-43117**_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6633**<br><br>**Lawrence General Hospital**<br>**One General Street**<br>**Lawrence, MA 01842** | - | | 2012<br>medical | | | | 1,334.37 |
| Account No. **xxxx4284**<br><br>**Lawrence General Hospital**<br>**118 Lukens Dr**<br>**River Edge Park**<br>**New Castle, DE 19720-2727** | - | | 9-12-13<br>medical | | | | 250.00 |
| Account No. **xxxxx5530**<br><br>**Macys**<br>**PO Box 183083**<br>**Columbus, OH 43218-3083** | - | | 2012<br>credit | | | | 1,040.00 |
| Account No.<br><br>**Methuen Glass**<br>**468 Merrimack St**<br>**Methuen, MA 01844** | - | | 2013<br>Credit purchases | | | | 175.00 |
| Account No. **xxxxxxxxxxx4574**<br><br>**Metro Credit Uni**<br>**200 Revere Beach P**<br>**Chelsea, MA 02150** | - | | Opened 6/01/98 Last Active 10/28/13<br>Credit Card | | | | 15,171.00 |

Sheet no. _**7**___ of _**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,970.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wally M Sabet**                                        , Case No.   **13-43117**

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Mojo Motors** <br> **150 W 30th St** <br> **Suite 1200** <br> **New York, NY 10001** | - | | | **2013** <br> **Credit purchases** | | | | 400.00 |
| Account No. **xxxxx3606** <br><br> **National Credit Center, Inc.** <br> **PO Box 740285** <br> **Los Angeles, CA 90074-0285** | - | | | **2013** <br> **Credit purchases** | | | | 800.00 |
| Account No. **xx0161** <br><br> **National Credit Center, Inc.** <br> **PO Box 740285** <br> **Los Angeles, CA 90074-0285** | - | | | **nov 2013** <br> **credit** | | | | 167.97 |
| Account No. **xxxxx/x3519** <br><br> **National Grid** <br> **PO Box 1040** <br> **Northborough, MA 01532-4040** | - | | | **2012** <br> **Credit purchases** | | | | 2,167.67 |
| Account No. **xxxxx-x5035** <br><br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA 01532** | - | | | **nov 2013** <br> **credit** | | | | 447.87 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,983.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wally M Sabet**                                    ,    Case No.    **13-43117**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-x0032** <br><br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA 01532** | - | | nov 2013 <br> credit | | | | 288.71 |
| Account No. **xxxxx-x0049** <br><br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA 01532** | - | | nov 2013 <br> credit | | | | 407.68 |
| Account No. <br><br> **Nature Springs Water Co.** <br> **55 Franklin St** <br> **Needham Heights, MA 02494** | | | November 2013 <br> credit | | | | 95.65 |
| Account No. **xx8331** <br><br> **Pulsar Alarm Systems, LTD** <br> **4 Wilder Dr. Unit 11** <br> **PO Box 867** <br> **Plaistow, NH 03865** | - | | 2012 <br> Credit purchases | | | | 150.00 |
| Account No. <br><br> **Robert Maria** <br> **c/o Wendy O'Linsky, Esq.** <br> **380 Merrimack St, Ste 2E** <br> **Methuen, MA 01844** | - | | 2010 <br> business loan | | | | 5,000.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 5,942.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wally M Sabet**                                              Case No.  **13-43117**
                                                    ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sovereign Bank**<br>**1130 Berkshire Blvd**<br>**Reading, PA 19610** | - | | **2012**<br>**Credit purchases** | | | | **14,000.00** |
| Account No. xxxxxxxxxxxx3911 <br><br>**Springleaf Financial S**<br>**Po Box 969**<br>**Evansville, IN 47706** | - | | **Opened 8/01/08 Last Active 6/03/13**<br>**Credit Line Secured** | | | | **0.00** |
| Account No. xxxxxxxxxxxx0836 <br><br>**Sst/columbus Bank&trus**<br>**Attn:Bankruptcy**<br>**Po Box 3997**<br>**St. Joseph, MO 64503** | - | | **Opened 1/01/08 Last Active 11/04/13**<br>**Charge Account** | | | | **3,006.00** |
| Account No. xxxxx0736 <br><br>**Utica National Insurance Group**<br>**PO Box 6532**<br>**Utica, NY 13504-6532** | - | | **2013**<br>**insurance** | | | | **1,372.00** |
| Account No. <br><br>**Vehix.com**<br>**c/o Szabo Associates, Inc**<br>**3355 Lenox Rd NE #945**<br>**Atlanta, GA 30326** | - | | **2012**<br>**Credit purchases** | | | | **2,240.00** |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,618.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Wally M Sabet_____,    Case No. ___13-43117_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4877**<br><br>**Wells Fargo Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | - | | | | **2012**<br>**Credit purchases** | | | | 7,964.21 |
| Account No. **xxxxxxxxx3122**<br><br>**Workers Credit Union**<br>**Cardmember Service**<br>**PO Box 6335**<br>**Fargo, ND 58125-6335** | - | | | | **2012**<br>**Credit purchases** | | | | 891.85 |
| Account No. **xxxxx9770**<br><br>**WorldPay**<br>**600 Morgan Falls Rd #260**<br>**Atlanta, GA 30350** | - | | | | **Nov 2013**<br>**Credit purchases** | | | | 76.01 |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 8,932.07 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 116,030.64 |

B6G (Official Form 6G) (12/07)

.

In re    **Wally M Sabet**                                                          ,    Case No.    **13-43117**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Wally M Sabet**_____,    Case No. _____**13-43117**_____
                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Wally M Sabet** _____    Case No.    **13-43117**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Wally M Sabet**                                                                                   Case No.  **13-43117**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,346.13 |
| a. Are real estate taxes included? Yes **X**    No ___ | | |
| b. Is property insurance included? Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 25.00 |
| c. Telephone | $ | 144.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 190.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 216.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,380.30 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,241.43 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.  Average monthly expenses from Line 18 above | $ | 4,241.43 |
| c.  Monthly net income (a. minus b.) | $ | -4,241.43 |