UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br>**WALLY M. SABET, a/k/a WALID M. SABET, a/k/a WALED M. SABET, d/b/a WALLY'S AUTO WORLD,**<br><br>      **Debtor.** | **Chapter 7**<br>**Case No. 13-43117-HJB** |

**ASSENTED-TO MOTION BY THE CHAPTER 7 TRUSTEE TO EXTEND
TIME TO OBJECT TO DEBTOR'S DISCHARGE**

To the Honorable Henry J. Boroff, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Wally M. Sabet, a/k/a Walid M. Sabet, a/k/a Waled M. Sabet, d/b/a Wally's Auto World (the "Debtor"), and hereby moves this Court for an Order pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure extending the deadline from March 17, 2014 to March 31, 2014 for the Trustee and any other party-in-interest to object to the Debtor's discharge (the "Motion"). The Debtor (via counsel) has assented to this Motion. In support of this Motion, the Trustee submits the following:

    1.    On December 10, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

    2.    On December 11, 2013, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case and he continues to serve as such.

    3.    On January 15, 2014, the Trustee conducted the initial meeting of creditors pursuant to Bankruptcy Code § 341(a) (the "§ 341(a) Meeting"). At the § 341(a) Meeting, the

Debtor agreed to provide the Trustee with additional information and documentation on or before February 7, 2014 and the Trustee continued the § 341(a) Meeting to February 12, 2014.

    4.    On January 31, 2014, Debtor's counsel requested that the § 341(a) Meeting be rescheduled and on February 4, 2014 filed a notice rescheduling same to March 20, 2014.

    5.    The current deadline for the Trustee and any other party-in-interest to object to the Debtor's discharge under Bankruptcy Code § 727(a) is March 17, 2014.

    6.    Since the continued § 341(a) Meeting will not take place until March 20, 2014, the Trustee requests that this Court extend to March 31, 2014 the deadline for the Trustee and any other party-in-interest to file objections to the Debtor's discharge.

    7.    The Debtor (via counsel) has assented to the relief sought herein.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

    (a)    Extending the deadline to March 31, 2014 for the Trustee and any other party-in-interest to object to the Debtor's discharge, without prejudice to the right of the Trustee and any

other party-in-interest to seek further extensions of such deadline; and

    (b)    Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: 508.898.1501
Fax:     508.898.1502

Dated:  March 12, 2014

Email:  bankrupt@mirickoconnell.com

ASSENTED TO:

Debtor
By his counsel,

/s/ Kenneth P. Doherty
Kenneth P. Doherty, Esq.
Henry T. Doherty Jr. P.C.
73A Winthrop Ave.
Lawrence, MA 01843

{Practice Areas/CORP/15008/13901/A2533952.DOC}

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br>**WALLY M. SABET, a/k/a WALID M. SABET, a/k/a WALED M. SABET, d/b/a WALLY'S AUTO WORLD,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 13-43117-HJB** |

### ORDER

Upon the Assented-To Motion to Extend Time to Object to Debtor's Discharge dated March 12, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Wally M. Sabet, a/k/a Walid M. Sabet, a/k/a Waled M. Sabet, d/b/a Wally's Auto World (the "Debtor"), and the Court finding that the notice given of the Motion is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion is ALLOWED.

2. The deadline for the Trustee and any other party-in-interest to object to the Debtor's discharge is extended to March 31, 2014.


Dated: _____, 2014

_____
Honorable Henry J. Boroff
United States Bankruptcy Court Judge

4

{Practice Areas/CORP/15008/13901/A2533952.DOC}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br>**WALLY M. SABET, a/k/a WALID M. SABET, a/k/a WALED M. SABET, d/b/a WALLY'S AUTO WORLD,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 13-43117-HJB** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Assented-To Motion by the Chapter 7 Trustee to Extend
Time to Object to Debtor's Discharge, with proposed Order.**

 

|  |  |
|---|---|
|  | /s/ Joseph H. Baldiga |
|  | Joseph H. Baldiga, BBO #549963 |
|  | Mirick, O'Connell, DeMallie & Lougee, LLP |
|  | 1800 West Park Drive, Suite 400 |
|  | Westborough, MA 01581 |
|  | Phone: 508.898.1501 |
|  | Fax:    508.898.1502 |
| Dated: March 12, 2014 | Email: bankrupt@mirickoconnell.com |

{Practice Areas/CORP/15008/13901/A2533952.DOC}

**SERVICE LIST**

**Wally M. Sabet, a/k/a Walid M. Sabet, a/k/a Waled M. Sabet,
d/b/a Wally's Auto World, Debtor
Chapter 7, Case No. 13-43117-HJB**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Wally M. Sabet<br>297 Andover Street<br>North Andover, MA 01845<br>(Debtor) |
| Kenneth P. Doherty, Esq.<br>Hentry T. Doherty, Jr., P.C.<br>73A Winthrop Avenue<br>Lawrence, MA 01843<br>(Debtor's Counsel)<br>**VIA ECF** | Citimortgage, Inc.<br>P.O. Box 9438, Dept. 0251<br>Gaithersburg, MD 20898<br>(Schedule D) | Metropolitan Credit Union<br>200 Revere Beach Parkway<br>Chelsea, MA 02150<br>(Schedule D) |
| NextGear Capital, Inc.<br>1320 City Center Drive,<br>Suite 100<br>Carmel, IN 46032<br>(Schedule D) | Shamrock Finance<br>c/o Kimberlee Nauges<br>141 Wood Road, Suite 200<br>Braintree, MA 02184<br>(Schedule D) | Wells Fargo Financial<br>National Bank/Bobs Disc<br>P.O. Box 10438<br>Des Moines, IA 50306<br>(Schedule D) |
| Workers Credit Union<br>815 Main Street<br>Fitchburg, MA 01420<br>(Schedule D) | Town of Tewksbury<br>Treasurer/Collector<br>11 Town Hall Avenue<br>Tewksbury, MA 01876<br>(Schedule E) | Acme Waste Systems, Inc.<br>P.O. Box 479<br>Wilmington, MA 01887<br>(Schedule F) |

**SERVICE LIST**

**Wally M. Sabet, a/k/a Walid M. Sabet, a/k/a Waled M. Sabet,
d/b/a Wally's Auto World, Debtor
Chapter 7, Case No. 13-43117-HJB**

| | | |
|---|---|---|
| Advanced Auto Parts Professional<br>1777 Main Street<br>Tewksbury, MA 01876<br>(Schedule F) | AIG Federal Savings Bank<br>P.O. Box 8733<br>Wilmington, DE 19899<br>(Schedule F) | American Express<br>P.O. Box 1270<br>Newark, NJ 07101<br>(Schedule F) |
| Autotrader<br>3003 Summit Blvd., A-200<br>Atlanta, GA 30319<br>(Schedule F) | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998<br>(Schedule F) | Blue Cross Blue Shield<br>401 Park Drive<br>Boston, MA 02215<br>(Schedule F) |
| Cap1/bstby<br>P.O. Box 183195<br>Columbus, OH 43218<br>(Schedule F) | CarGurus LLC<br>One Bow Street, 4th Floor<br>Cambridge, MA 02138<br>(Schedule F) | Carsforsale.com, Inc.<br>P.O. Box 91537<br>Sioux Falls, SD 57109<br>(Schedule F) |
| Citibank USA<br>Citicorp Credit Services/Attn: Centralize<br>P.O. Box 20507<br>Kansas City, MO 64195<br>(Schedule F) | Citizens Bank<br>P.O. Box 18204<br>Bridgeport, CT 06601<br>(Schedule F) | Citizens Bank<br>P.O. Box 42115<br>Providence, RI 02940<br>(Schedule F) |
| Commerce Insurance<br>11 Gore Road<br>Webster, MA 01570<br>(Schedule F) | Dealer Car Search<br>221 S. Hurstbourne Parkway, Suite 101<br>Louisville, KY 40222<br>(Schedule F) | Deetto Card Services<br>P.O. Box 3997<br>Saint Joseph, MO 64503<br>(Schedule F) |
| DER Realty<br>c/o Ray Nickerson<br>2195 Main Street<br>Tewksbury, MA 01876<br>(Schedule F) | Dominion<br>325 John Knox Road, Suite L-200<br>Tallahassee, FL 32303<br>(Schedule F) | Dsnb Macys<br>9111 Duke Blvd.<br>Mason, OH 45040<br>(Schedule F) |
| Elan Financial Service<br>777 E. Wisconsin Avenue<br>Milwaukee, WI 53202<br>(Schedule F) | GECRB/HH Gregg<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076<br>(Schedule F) | Gecrb/Care Credit<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076<br>(Schedule F) |

## SERVICE LIST

**Wally M. Sabet, a/k/a Walid M. Sabet, a/k/a Waled M. Sabet,
d/b/a Wally's Auto World, Debtor
Chapter 7, Case No. 13-43117-HJB**

Gecrb/Sleepys
P.O. Box 981439
El Paso, TX 79998
(Schedule F)

GetAuto
325 John Knox Road, Suite L-200
Tallahassee, FL 32303
(Schedule F)

Iris M. Perez
553 White Street
Springfield, MA 01108
(Schedule F)

Jeannine Gauthier
33 Dexter Avenue
Dracut, MA 01826
(Schedule F)

JP Morgan Chase
P.O. Box 15298
Wilmington, DE 19850
(Schedule F)

L&M Radiology, Inc.
Brian Murphy MD
c/o Merrimack Imaging
500 Merrimack Street
Lawrence, MA 01843
(Schedule F)

Lawrence General Hospital
One General Street
Lawrence, MA 01842
(Schedule F)

Lawrence General Hospital
118 Lukens Drive
River Edge Park
New Castle, DE 19720
(Schedule F)

Macys
P.O. Box 183083
Columbus, OH 43218
(Schedule F)

Methuen Glass
468 Merrimack Street
Methuen, MA 01844
(Schedule F)

Metro Credit Union
200 Revere Beach Parkway
Chelsea, MA 02150
(Schedule F)

Mojo Motors
150 W. 30th Street, Suite 1200
New York, NY 10001
(Schedule F)

National Credit Center, Inc.
P.O. Box 740285
Los Angeles, CA 90074
(Schedule F)

National Grid
P.O. Box 1040
Northborough, MA 01532
(Schedule F)

National Grid
P.O. Box 960
Northborough, MA 01532
(Schedule F)

Nature Springs Water Co.
55 Franklin Street
Needham Heights, MA 02494
(Schedule F)

Pulsar Alarm Systems, Ltd.
4 Wilder Drive, Unit 11
P.O. Box 867
Plaistow, NH 03865
(Schedule F)

Robert Maria
c/o Wendy O'Linsky, Esq.
380 Merrimack Street, Suite 2E
Methuen, MA 01844
(Schedule F)

**SERVICE LIST**

**Wally M. Sabet, a/k/a Walid M. Sabet, a/k/a Waled M. Sabet,
d/b/a Wally's Auto World, Debtor
Chapter 7, Case No. 13-43117-HJB**

Sovereign Bank
1130 Berkshire Blvd.
Reading, PA 19610
(Schedule F)

Springleaf Financial
P.O. Box 969
Evansville, IN 47706
(Schedule F)

Sst/Columbus Bank & Trust
Attn: Bankruptcy
P.O. Box 3997
St. Joseph, MO 64503
(Schedule F)

Utica National Insurance Group
P.O. Box 6532
Utica, NY 13504
(Schedule F)

Vehix.com
c/o Szabo Associates, Inc.
3355 Lenox Road NE, #945
Atlanta, GA 30326
(Schedule F)

Wells Fargo Business Direct
P.O. Box 348750
Sacramento, CA 95834
(Schedule F)

Workers Credit Union
Cardmember Service
P.O. Box 6335
Fargo, ND 58125
(Schedule F)

WorlkPay
600 Morgan Falls Rd., #260
Atlanta, GA 30350
(Schedule F)

Raymond Nickerson, Trustee
Danield Nickerson, Trustee
D&R Realty Trust
26 Venditto Road
Revere, MA 02151
(Property Owner - 2195 Main Street, Tewskbury, MA)