# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

**In the Matter of:**
  **Walid Sabet**
  **Debtor**

Case #No.: **13-43117**
CHAPTER 7

## Motion to Re-Open and Determine Dischargeability of Debt

Debtor, **Walid Sabet**, seeks to re-open this case pursuant to Section 350(b) of the Bankruptcy Code, and in support, states as follows:

a. Debtor filed a voluntary petition under Chapter 7 of the US Bankruptcy Code on 12/10/2013;
b. It was a "no asset" case.
c. Debtor received a discharge on 04/07/2014;
d. Debtor has been sued in state court for an unsecured debt which arose prior to 12/10/2013; Debtor did list the creditor in the original bankruptcy but used an incorrect address for the creditor who now has received a default judgment and execution against the Debtor but objects to the discharge because of the lack of notice.

Wherefore, the debtor prays for an Order Allowing this Motion to Re-Open his case to list another debt to be discharged.

Date: 2/01/2019

/s/ Kenneth P. Doherty
Kenneth P. Doherty
Attorney for Debtors
73A Winthrop Ave
Lawrence, MA 01843
(978) 687-770, Bar ID#556806
attykdoherty@aol.com

## ORDER

The motion of the above-named debtor to re-open this case is Allowed.

Dated: _____

U.S. Bankruptcy Judge