# United States Bankruptcy Court
### District of Massachusetts

In re **Wally M Sabet**                                                                  Case No. **13-43117**
                              Debtor(s)                                                  Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 5, 2019**, a copy of **Motion to ReOpen** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Acme Waste Systems, Inc.**
**PO Box 479**
**Wilmington, MA 01887**

**Advanced Auto Parts Professional**
**1777 Main St**
**Tewksbury, MA 01876-2002**

**AIG Federal Savings Bank**
**Aig Federal Savings Bank**
**Po Box 8733**
**Wilmington, DE 19899**

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

**Autotrader**
**3003 Summit Blvd. A-200**
**Atlanta, GA 30319**

**Bank Of America**
**Po Box 982235**
**El Paso, TX 79998**

**Bank of America**
**PO Box 982235**
**El Paso, TX 79998-2235**

**Blue Cross Blue Shield**
**401 Park Drive**
**Boston, MA 02215-3326**

**Cap1/bstby**
**PO Box 183195**
**Columbus, OH 43218-3195**

**CarGurus LLC**
**One Bow St, 4th Fl**
**Cambridge, MA 02138**

**Carsforsale.com, Inc.**
**PO Box 91537**
**Sioux Falls, SD 57109**

**CBCS**
**PO Box 163006**
**Columbus, OH 43216-3006**

**Citibank Usa**
**Citicorp Credit Services/Attn:Centralize**
**Po Box 20507**
**Kansas City, MO 64195**

**Citimortgage Inc**
**Po Box 9438,dept 0251**
**Gaithersburg, MD 20898**

**Citimortgage Inc**
**Po Box 9438,dept 0251**
**Gaithersburg, MD 20898**

**Citizens Bank**
**PO Box 18204**
**Bridgeport, CT 06601-3204**

**Citizens Bank**
**PO Box 18204**
**Bridgeport, CT 06601-3204**

**Citizens Bank**
**PO Box 18204**
**Bridgeport, CT 06601-3204**

**Citizens Bank**
**PO Box 18204**
**Bridgeport, CT 06601-3204**

**Citizens Bank**
**PO Box 18204**
**Bridgeport, CT 06601-3204**

**Citizens Bank**
**PO Box 42115**
**Providence, RI 02940-2115**

**Commerce Insurance**
**11 Gore Rd**
**Webster, MA 01570**

**Commonwealth of Massachusetts**

**D&R Realty**
**c/o Ray Nickerson**
**2195 Main Street**
**Tewksbury, MA 01876**

**Dealer Car Search**
**221 S Hurstbourne Pky, Ste 101**
**Louisville, KY 40222**

**Dealer Specialties**
**325 Knox Road Bldg L-200**
**Tallahassee, FL 32303**

**Dealer Specialties Dominion**
**325 John Knox Rd, Ste L-200**
**Tallahassee, FL 32303**

**Deetto Card Services**
**PO Box 3997**
**Saint Joseph, MO 64503-1600**

**Deluxe for Business**
**PO Box 742572**
**Cincinnati, OH 45274-2572**

**Deluxe for Business**
**PO Box 742572**
**Cincinnati, OH 45274-2572**

**Dsnb Macys**
**9111 Duke Blvd**
**Mason, OH 45040**

**Elan Financial Service**
**777 E Wisconsin Ave**
**Milwaukee, WI 53202**

**ET Cote Auto Exchange**
**37 Ninth Street**
**Leominster, MA 01453**

**GE Capital retail Bank**
**PO Box 965033**
**Orlando, FL 32896-5033**

**GECRB/ HH Gregg**
**Attention: Bankruptcy**

**Po Box 103104**
**Roswell, GA 30076**

**Gecrb/Care Credit**
**Attn: bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

**Gecrb/sleepys**
**Po Box 981439**
**El Paso, TX 79998**

**GetAuto**
**325 John Knox Rd, Bldg. L-200**
**Tallahassee, FL 32303**

**Greater Boston Auto Ware**
**Rich Cook**
**18 Pleasant St**
**Georgetown, MA 01833**

**Greater Boston's Lynnway Auto Auction**
**400 Charter Way**
**North Billerica, MA 01862**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Iris M Perez**
**553 White St**
**Springfield, MA 01108**

**James J McNulty, Esq**
**40 Court St #1150**
**Boston, MA 02108-2202**

**Jeannine Gauthier**
**33 Dexter Ave**
**Dracut, MA 01826**

**Jonathan Neil & Assoc.**
**71 W. Main St. #304**
**Freehold, NJ 07728**

**JP Morgan Chase**
**PO Box 15298**
**Wilmington, DE 19850-5123**

**L&M Radiology, Inc**
**Brian Murphy MD c/o Merrimack Imaging**
**500 Merrimack Street**
**Lawrence, MA 01843**

**Lawrence General Hospital**
**One General Street**
**Lawrence, MA 01842**

**Lawrence General Hospital**
**One General Street**
**Lawrence, MA 01842**

**Lawrence General Hospital**
**118 Lukens Dr**
**River Edge Park**
**New Castle, DE 19720-2727**

**MA Department of Revenue**
**Bankruptcy Unit**
**PO Box 9564**
**Boston, MA 02114-9564**

**Macys**
**PO Box 183083**
**Columbus, OH 43218-3083**

**Methuen Glass**
**468 Merrimack St**

**Methuen, MA 01844**

**Metro Credit Uni
200 Revere Beach P
Chelsea, MA 02150**

**Metropolitan Credit Un
200 Revere Beach Pkwy
Chelsea, MA 02150**

**Metropolitan Credit Un
200 Revere Beach Pkwy
Chelsea, MA 02150**

**Mojo Motors
150 W 30th St
Suite 1200
New York, NY 10001**

**National Credit Center, Inc.
PO Box 740285
Los Angeles, CA 90074-0285**

**National Credit Center, Inc.
PO Box 740285
Los Angeles, CA 90074-0285**

**National Grid
PO Box 1040
Northborough, MA 01532-4040**

**National Grid
PO Box 960
Northborough, MA 01532**

**National Grid
PO Box 960
Northborough, MA 01532**

**National Grid
PO Box 960
Northborough, MA 01532**

**Nature Springs Water Co.
55 Franklin St
Needham Heights, MA 02494**

**NextGear Capital, Inc.
1320 City Center Drive, Ste 100
Carmel, IN 46032**

**NextGear Capital, Inc.
1320 City Center Drive, Ste 100
Carmel, IN 46032**

**NextGear Capital, Inc.
1320 City Center Drive, Ste 100
Carmel, IN 46032**

**NextGear Capital, Inc.
1320 City Center Drive, Ste 100
Carmel, IN 46032**

**NextGear Capital, Inc.
1320 City Center Drive, Ste 100
Carmel, IN 46032**

**Priscilla Nickerson/D&R Realty
c/o Joseph V. Cattoggio Jr., Esq.
One Sprague St
Revere, MA 02151**

**Pulsar Alarm Systems, LTD
4 Wilder Dr. Unit 11
PO Box 867
Plaistow, NH 03865**

**Robert Maria
c/o Wendy O'Linsky, Esq.**

380 Merrimack St, Ste 2E
Methuen, MA 01844

Shamrock Finance LLC
c/o Kimberlee Nauges
141 Wood Rd, Ste 200
Braintree, MA 02184

Sovereign Bank
1130 Berkshire Blvd
Reading, PA 19610

Springleaf Financial S
Po Box 969
Evansville, IN 47706

Sst/columbus Bank&trus
Attn:Bankruptcy
Po Box 3997
St. Joseph, MO 64503

Town of Tewksbury
Treasurer-Collector
11 Town Hall Avenue
Tewksbury, MA 01876-4733

Utica National Insurance Group
PO Box 6532
Utica, NY 13504-6532

Vehix.com
c/o Szabo Associates, Inc
3355 Lenox Rd NE #945
Atlanta, GA 30326

Verizon
PO Box 15124
Albany, NY 12212-5124

Wells Fargo Business Direct
PO Box 348750
Sacramento, CA 95834

Wells Fargo Financial Nat'l Bk/Bobs Disc
Po Box 10438
Des Moines, IA 50306

Workers Credit Union
815 Main St
Fitchburg, MA 01420

Workers Credit Union
Cardmember Service
PO Box 6335
Fargo, ND 58125-6335

WorldPay
600 Morgan Falls Rd #260
Atlanta, GA 30350

/s/ Kenneth P. Doherty
Kenneth P. Doherty 556806
Henry T. Doherty Jr P.C.
73A Winthrop Avenue
Lawrence, MA 01843
(978) 687-7700 Fax:(978) 688-7351
ken@dohertylaw.net