United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 13-43117-edk
Wally M Sabet                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: pf              Page 1 of 1              Date Rcvd: Feb 04, 2019
                             Form ID: odefntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db            +Wally M Sabet,   297 Andover Street,   North Andover, MA 01845-5237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
          bankrupt@mirickoconnell.com
          Kenneth P. Doherty    on behalf of Debtor Wally M Sabet attykdoherty@aol.com,
          rmastroianni2@gmail.com;r63709@notify.bestcase.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                       TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Wally M Sabet ,                                Chapter: 7
         Debtor                                        Case No: 13–43117
                                                       Judge Elizabeth D. Katz

**ORDER
REGARDING DEFICIENT FILING**

Your recent filing of **Motion to Reopen Case** on **FEBRUARY 1, 2019** with the Court was deficient and/or defective as noted below:

☑   Certificate of Service **is Missing.**

☐   Verification of Matrix. (This local form may be downloaded at www.mab.uscourts.gov.)

☐   Verified Statement or an Unsworn Declaration regarding schedules as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746. Please file either **Official Form 106Dec** for individuals or **Official Form 202** for non–individuals as appropriate.

☐   Declaration Re: Electronic Filing **(Official Local Form 7)** as required by MEFR 7(a).

☐   Chapter 13 Agreement Between Debtor and Counsel **(Official Local Form 8)** as required by MLBR App. 1, Rule 13–2 (a)(8).

☐   Reaffirmation Agreement Cover Sheet, **(Official Form 427).**

☐   Motion for Relief from Stay – Real Estate Worksheet, **(Official Local Form 13)** pursuant to App. 1, Rule 13–16–1 of the MLBR.

☐   Disclosure of Compensation of Attorney for Debtor(s). **(Director Form 2030).**

☐   Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐   Motion to Amend Plan.

☐   Motion to Approve Stipulation.

☐   Certificate of Conference pursuant to App. 1, Rule 13–3 of the MLBR.

☐   Notice of Amendment to Schedules.

☐   Motion to Amend Schedules.

☐   Amended Summary of Schedules, **(Official Form 106Sum** for individuals or **Official Form 206** for non–individuals) is required.

☐   Adversary Proceeding Cover Sheet, **(Director Form 1040)** is required.

☐   Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐     Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR 3007−1(b) and Appendix 1, Rule 13−13(e).

☐     Missing required name, address, telephone number or BBO number. See MLBR Rule 9011−1.

☐     Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐     Original Signature is required. "/s/printed name" is not permitted. Please re−file with a scanned original signature.

☐     Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JANUARY 11, 2019** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| ○ United States Bankruptcy Court<br>John W. McCormack Post<br>Office and Court House<br>5 Post Office Square, Suite<br>1150<br>Boston, MA 02109−3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608−2076 | ● United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105−2925 |
|---|---|---|

Date:2/4/19

By the Court,

Paula Fontaine
Deputy Clerk
413−785−6906

36 − 35