# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In the Matter of:                                       Case #No.: **13-43117**

    **Wally M Sabet**                                       **CHAPTER 7**
    **Debtor**

### Motion to Amend Schedule F

1. Debtor, Wally M Sabet, seeks to amend the following schedules:

    Schedule F: Amended to add creditor and correct address

Wherefore, the debtor prays for an Order to Amend Schedule F to reflect the above-mentioned changes and for such other relief as may be just and proper.

Date: 5-14-2019                                        /s/ Kenneth P. Doherty
                                                              Atty. For Debtor
                                                               73A Winthrop Ave
                                                               Lawrence, MA 01843
                                                               (978) 687-7700
                                                               attykdoherty@aol.com
                                                               BBO#556806

### ORDER

The motion of the above-named debtor to amend his Schedule F is Allowed.

Dated:                                        _____
                                                              U.S. Bankruptcy Judge

## United States Bankruptcy Court
### District of Massachusetts

In re **Wally M Sabet**      Case No. **13-43117**

Debtor(s)      Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2019**, a copy of **Motion to Amend Schedule F** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

James J McNulty, Esq
40 Court St #1150
Boston, MA 02108-2202

Shamrock Finance LLC
116 Topsfield Rd
Wenham, MA 01984

/s/ Kenneth P. Doherty
Kenneth P. Doherty 556806
Henry T. Doherty Jr P.C.
73A Winthrop Avenue
Lawrence, MA 01843
(978) 687-7700 Fax:(978) 688-7351
ken@dohertylaw.net